UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELORES B. MANSON           )<br>                             )<br>    Plaintiff,             )<br>                             )<br>    v.                       )<br>                             )<br>                             )<br>                             )<br>MASSACHUSETTS FINANCIAL      )<br>SERVICES COMPANY ET AL.      )<br>                             )<br>    Defendant,               )<br>    and                      )<br>                             )<br>MFS MASSACHUSETTS INVESTORS  )<br>TRUST FUND, MFS STRATEGIC GROWTH )<br>FUND, MFS VALUE FUND, MFS FIXED )<br>INCOME TRUST BOND FUND,      )<br>MASSACHUSETTS INVESTORS TRUST and )<br>the "MFS FUNDS"             )<br>    Nominal Defendants.      )<br>                             ) | CIVIL ACTION<br>NO. 03-CV-12515-NG |

**STIPULATION TO EXTEND TIME FOR DEFENDANTS**
**TO RESPOND TO COMPLAINT**

The undersigned parties hereby stipulate that the time for the Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action shall be thirty (30) days from either the filing of a consolidated amended complaint, or the denial of a motion to consolidate. Defendants at this time take no position with respect to consolidation, and the parties further stipulate that each party reserves all of its rights.

LITDOCS:540543.1

-2-

| | |
|---|---|
| **DELORES B. MANSON**<br>By her attorney, | **MASSACHUSETTS FINANCIAL SERVICES COMPANY, and SUN LIFE FINANCIAL INC.**<br>By their attorneys, |
| /s/ Robert D. Hillman<br>Steven J. Brooks<br>Robert D. Hillman<br>Deutsch Williams Brooks Derensis & Holland, P.C.<br>99 Summer Street<br>Boston, MA  02110 | /s/ Christina N. Davilas<br>Donald K. Stern<br>John R. Snyder<br>James S. Rollins<br>Jason A. Tucker<br>Mary B. Murrane<br>Christina N. Davilas<br>Lara N. Gelbwasser<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA  02110 |
| Wolf Haldenstein Adler Freeman & Herz<br>Daniel W. Krasner<br>Fred T. Isquith<br>Mark C. Rifkin<br>Demet Baser<br>Robert Abrams Christopher S. Hinton<br>270 Madison Avenue<br>New York, NY 10016 | **LAWRENCE H. COHN, WILLIAM R. GUTOW, J. ATWOOD IVES, ABBY M. O'NEILL, LAWRENCE T. PERERA, WILLIAM J. POORVU, J. DALE SHERRATT, ELAINE R. SMITH, WARD SMITH, MFS MASSACHUSETTS INVESTORS TRUST FUND, MFS STRATEGIC GROWTH FUND, MFS VALUE FUND, MFS FIXED INCOME TRUST BOND FUND, MASSACHUSETTS INVESTORS TRUST and the "MFS FUNDS"**<br>By their attorneys,<br><br> /s/ John D. Donovan, Jr.<br>John D. Donovan, Jr.<br>Jane Willis<br>Carisa Klemeyer<br>Ropes & Gray<br>One International Place<br>Boston, MA  02110 |

*[signatures continue on next page]*

| | |
|---|---|
| **KEVIN R. PARKE**<br>By his attorneys, | **JEFFREY SHAMES**<br>By his attorneys, |
| /s/ George J. Skelly<br>George J. Skelly<br>David M. Ryan<br>Nixon Peabody LLP<br>101 Federal Street<br>Boston, MA  02110 | /s/ James C. Rehnquist<br>James C. Rehnquist<br>Brett C. Gerry<br>Abigail K. Hemani<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA  02109 |
| | **JOHN W. BALLEN**<br>By his attorneys, |
| | /s/ John J. Falvey, Jr.<br>John J. Falvey, Jr.<br>Dean Dipilato<br>Kara A. Millonzi<br>Testa, Hurwitz & Thibeault, LLP<br>125 High Street<br>Boston, MA  02110 |

Dated:  March 8, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELORES B. MANSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>MASSACHUSETTS FINANCIAL )<br>SERVICES COMPANY ET AL. )<br>)<br>Defendant, )<br>and )<br>)<br>MFS MASSACHUSETTS INVESTORS )<br>TRUST FUND, MFS STRATEGIC GROWTH )<br>FUND, MFS VALUE FUND, MFS FIXED )<br>INCOME TRUST BOND FUND, )<br>MASSACHUSETTS INVESTORS TRUST and )<br>the "MFS FUNDS" )<br>Nominal Defendants. )<br>) | CIVIL ACTION<br>NO. 03-CV-12515-NG |

**<u>ORDER</u>**

This Court hereby ORDERS that the time for Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action shall be extended to the date which is thirty (30) days from either the filing of a consolidated amended complaint, or the denial of a motion to consolidate.

SO ORDERED.

_____

Dated: _____, 2004.

LITDOCS:540543.1