UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELORES B. MANSON, Derivatively on Behalf of the MFS MASSACHUSETTS INVESTOR FUND, the MFS STRATEGIC GROWTH FUND, the MFS VALUE FUND, the MFS FIXED INCOME TRUST BOND FUND, MASSACHUSETTS INVESTORS TRUST and the "MFS FUNDS," <br><br> Plaintiff, <br> v. <br><br> MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al., <br><br> Defendants <br> and <br><br> MFS MASSACHUSETTS INVESTORS TRUST FUND, et al., <br><br> Nominal Defendants | No. 03-12515-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendants Massachusetts Financial Services Company and Sun Life Financial Inc.

Respectfully Submitted,

MASSACHUSETTS FINANCIAL
SERVICES COMPANY and SUN LIFE
FINANCIAL INC.,

BOSTON 1883669v1

-2-

           By their attorneys,

           /s/ Jonathan A. Shapiro
           Jeffrey B. Rudman (BBO #433380)
           William H. Paine (BBO #550506)
           Jonathan A. Shapiro (BBO #567838)
           Hale and Dorr LLP
           60 State Street
           Boston, MA  02109
           (617) 526-6000

April 6, 2004

-3-

CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Robert D. Hillman<br>Deutsch, Williams, Brooks, DeRensis,<br>& Holland, P.C.<br>99 Summer Street, 13th Floor<br>Boston, MA  02110-1213 | Nancy Freeman Gans<br>Moulton & Gans, PC<br>33 Broad Street, Suite 1100<br>Boston, MA 02109 |
| John D. Donovan, Jr.<br>Jane Willis<br>Carisa Kleymeyer<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 | Thomas M. Sobol<br>Hagens Berman<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110 |

Daniel W. Krasner
Fred T. Isquith
Mark C. Rifkin
Demet Basar
Robert Abrams
Christopher S. Hinton
Wolf Haldenstein Adler Freeman &
Herz LLP
270 Madison Avenue
New York, NY 10016

        /s/ Jonathan A. Shapiro_____
        Jonathan A. Shapiro

Dated:  April 6, 2004